HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JOSE SALDANA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00080 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE  HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER THEREON |
| vs. | |
| JOSE SALDANA-MARTINEZ, | DATE:  December 9, 2013 |
| Defendants. | TIME:   8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for December 2, 2013, at 1:00 p.m., before Magistrate Judge Sheila K. Oberto, **may be vacated and the matter reset for a change of plea hearing and sentencing on December 9, 2013, at 9:15 a.m., before the Honorable Lawrence J. O'Neill.**

The parties have reached an agreement.  The requested change of plea hearing will conserve time and resources for both counsel and the court.  The government has no objection to this request.

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: December 2, 2013    /s/ Mia Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: December 2, 2013    /s/ Janet Bateman
JANET BATEMAN
Assistant Federal Defender
Attorney for Defendant
JOSE SALDANA-MARTINEZ

**O R D E R**

IT IS SO ORDERED.

   Dated:   **December 2, 2013**         /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

SALDANA-MARTINEZ / Stipulation to Vacate and
Set for COP                                                      2